No. 03–9312. WOODS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–9313. REED v. OHIO. Ct. App. Ohio, Clark County. Certiorari denied.

No. 03–9315. AINSWORTH v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 03–9316. JACKSON v. BROOKS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 03–9320. BERNARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9321. SANCHEZ-GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9327. WILLIAMS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9328. VAN POYCK v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9329. SARFF v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–9330. JOHNSON v. UNITED STATES; and
No. 03–9470. PHILLIPS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9335. SOMSAMOUTH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9336. MEADOWS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–9340. BARNES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9342. MARSHALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–9346. MILTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.